GEORGE L. GUINTHER, Appellant, *v.* CITY OF BUFFALO et al., Respondents.

Argued June 13, 1946; decided July 23, 1946.

542

*James O. Moore, Sr.,* for appellant.

*Fred C. Maloney, Corporation Counsel (Bart J. Shanahan* of counsel), for respondents, except George W. Wanamaker and John E. Selkirk.

*George W. Wanamaker,* respondent in person.

*George W. Wanamaker* for John E. Selkirk, respondent.

*James P. Cotter* for Uniformed Firemen's Association, *amicus curiæ,* in support of respondents' position.

*Esmond D. Murphy* and *Clayton M. Smith* for Buffalo Police Association, *amicus curiæ,* in support of respondents' position.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.